ELECTRONICALLY FILED
2020 Feb 03 AM 10:21
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CR-000129

Exhibit 1

## AFFIDAVIT FOR APPLICATION FOR WARRANT
### STATE OF KANSAS, COUNTY OF WYANDOTTE

File #: 2020-9809

Date: 01/31/2020

Affiant, being first duly sworn on oath, says that he as reason to believe as follows:

The following crime or crimes are being or have been committed:
- Possession of Methamphetamine
- Interference with Law Enforcement
- Aggravated Burglary

The person or persons alleged to have committed said crime:
Sidney Butler (B/M ▓▓▓▓/1980) 604 ½ Lowell Ave., Kansas City, Kansas 66101
- *Interference with Law Enforcement*
- *Aggravated Burglary*

Cory Cline (B/M ▓▓▓▓/1976) 604 ½ Lowell Ave., Kansas City, Kansas 66101
- *Possession of Methamphetamine*

This affidavit and application is based on the following facts and investigation by law enforcement officers disclosed that:

On 01/28/2020 Narcotics Officer Ibanez #1835 met with a source of information (SOI) who requested to meet with him in regards to drug activity at 604 ½ Lowell Ave., Kansas City, Wyandotte, Kansas. The SOI advised that they lived in the neighborhood and believed drug activity was taking place at 604 ½ Lowell. The SOI went onto explain that they had viewed high amounts of traffic coming and going from the residence along with an unusual odor coming from inside the residence.

On 01/28/2020, A/SGT Jones, Officer Passinese, and Ibanez were in the area of the residence 604 Lowell Avenue Kansas City, Wyandotte County, Kansas. This address was the subject of a narcotics complaints coming into the office. The complaint is stating that there is a foul odor coming from the residence along with traffic coming and going. A/Sgt. Jones witnessed a white truck parked out in front of the residence as he drove by. Officers set up surveillance on the truck/residence and watched for traffic coming and going. Officers conducted a traffic stop on the Dodge pickup and made contact with Marlon Fields. Fields was transported to the Narcotics Office so the Officer Passinese could conduct and interview.

During the interview Mr. Fields stated he paid $10 for the meth found in the truck. He identified the residence where he got the meth from as being the house officers just watched him leave from (604 ½ Lowell), which is a duplex. Fields stated that the residence in question is the left door, which would be the west unit, when facing the residence. He has bought from the residence approximately 7 times and this has occurred over a period since December 2019. He knows the seller as a white female by the name of Amanda. He described Amanda as a "Big Girl". Fields stated that there may be others living at the residence of 604 ½ Lowell Ave. but only deals with Amanda and her boyfriend. The boyfriend was described as a bald black male. Amanda and her boyfriend stay in the basement which they access through the main level of the residence and have access to entire residence of 604 ½ Lowell Ave.

On 01-30-2020, at about 1935 hours, the Kansas City, Kansas Narcotics Unit, along with members of the Special Operations Unit (SOU) served a narcotics search warrant at the address of 604 ½ Lowell Ave. The following is a list of items recovered from the residence:
- 2 black digital scales found in the southwest bedroom, bed side table.

Case 5:20-cv-03136-TC-TJJ   Document 39-1   Filed 09/06/22   Page 2 of 2
Case 5:20-cv-03136-TC-TJJ   Document 11-2   Filed 11/30/20   Page 2 of 2

2.2

*Arrest Affidavit Page 2 of 2*
*1/31/2020*
*# 2020-9809*

- 1 red digital scale found in the basement bedroom under the bed.
- 1 broken glass drug pipe found in the southwest bedroom on the bed.
- 2.3 grams of methamphetamine found in the southwest bedroom identified as Corey Cline's bedroom. Positive TruNarc test done by Ibanez.

Basement desk top which contained
- 1 digital scale
- 2 baggies containing 13.4 grams of an unknown rock like substance. Negative TruNarc test.
- Torn empty plastic baggies.
- 2 baggies containing 4.3 grams of marijuana. Positive field test by Ibanez.

The following parties were taken into custody inside 604 ½ Lowell at the time the warrant was executed: Amanda Howard (W/F ███-89) and Corey Kline (B/M ███-76). Detective Martin was assigned front security while members of the SOU entered and cleared the residence. While SOU Officers were inside the residence the front door to the adjacent apartment (604 Lowell) opened. A white female, later identified as Tiffany Martin, appeared in the doorway and advised that a black male, later identified as Sidney Butler (B/M ███/1980) from next door had just broke through her basement and forced his way upstairs. The victim then went out of view deeper into her apartment. She then returned into view being followed by Butler. Detective Martin told Butler to come to him and he complied. While walking to Detective Martin, he said "what's going on I live here." The victim had stepped off to the side and was shaking her head left to right. Detective Martin took this as a "No" to his statement. Butler came outside onto the porch and was handcuffed by Officer Vallejo #1788 without incident. Butler was identified by narcotics officers as an occupant of the target house and a target of their investigation.

Detective Seal made contact with the victim Tiffany Martin (W/F ███ 1978) at her residence 604 Lowell Ave., which had been broken into during the course of the search warrant execution at 604 ½ Lowell. Tiffany provided the following taped statement. Tiffany stated that she was sitting in the living room when she heard the police next door. She thought she heard her son coming out of his bedroom, but then heard some loud banging. She went down the hall and observed her neighbor who she knew only by the name "Gap", she stated that he was wearing a blue sweatshirt and shorts. She didn't know his last name but described him as tall and bald. She observed her basement door open and the molding off the wall. She stated that the door was secured with a lock prior to him coming inside. He didn't have permission to be in her residence and he told her "Don't turn me in, don't let them know I am here". He kept following her around the residence and telling her not to tell them he was here. She then opened the front door of the residence and "Gap" was taken into custody by the police. Her son DeMarcus Stallings was also inside the residence at the time of the search warrant.

On 01/31/2020, a presumptive positive test was conducted on crystal substance utilizing the TruNarc drug identifier with serial number TN6148. The TruNarc drug identifier utilizes Raman Spectroscopy technology which isolates a unique chemical spectrum, or fingerprint, of the substance being tested. This test was conducted by Officer Ibanez, who is certified to operate the TruNarc machine. The analysis of the substance tested produced a positive result for methamphetamine. The methamphetamine weighed (2.3 grams).

I verify the foregoing, under penalty of perjury, this 31st day of January, 2020

Affiant (signature) _____*Sd. A. Seal #1915*_____
Detective A. Seal #1915
Kansas City, KS Police Department

